FILED
11/14/16 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSLYVANIA

In re

**STEFANIE A. SCHNITZER**

Debtors.

In Chapter 13 Proceeding

Case No. 13-11269
Related to Document No. 60
**WITHDRAWAL OF AMENDED PROOF OF CLAIM(S) No. 12-2**
BANKRUPTCY JUDGE:
THOMAS P. AGRESTI

    **COMES NOW**, PRA Receivables Management, LLC, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Amended Proof of Claim filed for Synchrony Bank on November 4, 2016 in the amount of $14138.88, the same being docketed as No. 12-2 on the Court's claims register.

    Dated: This 11th day of November, 2016

PRA RECEIVABLES MANAGEMENT, LLC

By: /s/Valerie Smith

As authorized agent for:
SYNCHRONY BANK
PO BOX 41021
NORFOLK, VIRGINIA 23541

SO ORDERED
November 14, 2016

*(signature)*
vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stefanie A. Schnitzer  
    Debtor

Case No. 13-11269-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: Nov 14, 2016  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.  
db        Stefanie A. Schnitzer,    203 Greshem Road,    Titusville, PA  16354-8419  
       +Synchrony Bank,    Attn Valerie Smith,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Gary H. Simone    on behalf of Debtor Stefanie A. Schnitzer rishor.simone1@1stcounsel.com  
        Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                               TOTAL: 5