**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
STEFANIE A. SCHNITZER                           Case No. 13-11269TPA


                    Debtor(s)
RONDA J. WINNECOUR,                             Chapter 13
Standing Chapter 13 Trustee,

                    Movant                       Document No __
         vs.
GE CAPITAL RETAIL BANK++


              Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The claimant's mail is being returned as undeliverable.  No change of address has been received.  The trustee has been informed that the loan may have been sold to PRA Receivables Management.  No transfer of claim has been filed.

GE CAPITAL RETAIL BANK++                    Court claim# 12/Trustee CID# 12
C/O RECOVERY MANAGEMENT SYSTEMS
CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605



The Movant further certifies that on 11/27/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                        /s/ Ronda J. Winnecour
                                        RONDA J WINNECOUR PA ID #30399
                                        CHAPTER 13 TRUSTEE WD PA
                                        600 GRANT STREET
cc:  debtor(s)                          SUITE 3250 US STEEL TWR
     original creditor                  PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)              cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
STEFANIE A. SCHNITZER, 203
GRESHEM ROAD, TITUSVILLE, PA
16354-8419

ORIGINAL CREDITOR:
GE CAPITAL RETAIL BANK++, C/O
RECOVERY MANAGEMENT SYSTEMS
CORP, 25 SE 2ND AVE STE 1120,
MIAMI, FL  33131-1605

ORIGINAL CREDITOR'S COUNSEL:
PRA RECEIVABLES MANAGEMENT
LLC, ATTN BANKRUPTCY DEPT, 5425
ROBIN HOOD RD STE 201,
NORFOLK, VA  23513

NEW CREDITOR:

DEBTOR'S COUNSEL:
GARY H SIMONE ESQ, RISHOR
SIMONE, 101 E DIAMOND ST STE
208, BUTLER, PA  16001

:
PROFESSIONAL BUREAU OF
COLLECTION MANAGEMENT, POB
1628, ELK GROVE, CA  95759